UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

DAMON  NATHANIEL,

        Plaintiff,

                                       HON. PATRICK J. DUGGAN
                                       CASE NO. 09-12473

v.

CITY OF DETROIT, a Municipal Corporation,
DETROIT POLICE OFFICER BARBARA SIMON,
Officially and Individually,
DETROIT POLICE DETECTIVE IRA TODD
Officially and Individually,
DETROIT POLICE LIEUTENANT HAROLD ROCHON
Officially and Individually,

                        Defendants.

_____/

| | |
|---|---|
| ROBINSON & ASSOCIATES, P.C. | DETROIT LAW DEPARTMENT |
| **DAVID A. ROBINSON (P 38754)** | **JANE KENT-MILLS (P 38251)** |
| **THEOPHILUS E. CLEMONS (P 47991)** | Attorney for Defendants Detroit, Simon |
| Attorneys for the Plaintiff | And Rochon |
| 28145 Greenfield Road, Ste. 100 | 660 Woodward Avenue, Ste. 1650 |
| Southfield, Michigan 48076 | Detroit, Michigan 48226 |
| (248) 423-7234 | (313) 224-4550 |
| attyclemons@netscape.com | Millj@detroitmi.gov |
| darjd@eartlink.net | |

_____/

**MOTION TO COMPEL RULE 26 DISCLOSURES**

     NOW COMES Plaintiff pursuant to F. R. Civ. Pr. 26(a) and 37(a)(2)(A) by and through

his counsel, and for his motion states:

     1.     Counsel for the parties met with the Court at the August 26, 2009 status

conference.

     2.     At that time Defendants' counsel stated to the Court and Plaintiff's counsel that

pursuant to Rule 26, Defendants' counsel would voluntarily produce the Detroit Police Department Homicide file and two DVD's of interrogations of Plaintiff by Defendants.

3.      Despite Defendants' counsel's assurance to the Court and Plaintiff's counsel during the status conference that no motion would be necessary and that the aforementioned documents and DVD's would be produced within one week, Defendants' counsel has refused to produce said items.

4.      Plaintiff's counsel has repeatedly requested the homicide file and two DVD's of Plaintiff's interrogation from Defendants' counsel in order to prevent the instant motion.

5.      Plaintiff's counsel last requested the items on September 25, 2009, and sought concurrence in this motion.

6.      For over a month now, Defendants' counsel has repeatedly promised that the homicide file and two DVD's of the interrogation are forthcoming, yet will not produce them.

7.      That under these circumstances, costs and attorney fees should be awarded Plaintiff's counsel.

WHEREFORE Plaintiff respectfully requests this Honorable Court enter an Order Compelling Immediate Production Of The Entire Unredacted Homicide File and All Interrogation Recordings, And Awarding Costs And Attorney Fees.

Respectfully submitted,

s/Theophilus E. Clemons
ROBINSON & ASSOCIATES, P.C.
Attorneys for Plaintiff
28145 Greenfield Road, Ste. 100
Southfield, Michigan 48076
(248) 423-7234
attyclemons@netscape.com

October 5, 2009

**<u>BRIEF IN SUPPORT</u>**

Plaintiff relies on F. R. Civ. Pr. 26(a) and 37(a)(2)(A), and the discretion of this

Honorable Court.

Respectfully submitted,

s/Theophilus E. Clemons
ROBINSON & ASSOCIATES, P.C.
Attorneys for Plaintiff
28145 Greenfield Road, Ste. 100
Southfield, Michigan 48076
(248) 423-7234
attyclemons@netscape.com

October 5, 2009

## CERTIFICATE OF SERVICE

I hereby certify that on October 5,  2009, I electronically filed the foregoing paper with the Clerk

of the Court using the ECF system which will send notification of such filing to the following:

Jane Kent Mills.

s/Theophilus E. Clemons
28145 Greenfield Rd., Ste. 100
Southfield, MI 48076
(248) 423-7234
attyclemons@netscape.com
(P47991)
