**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

**DAMON  NATHANIEL,**

          Plaintiff,                                HON. PATRICK J. DUGGAN
                                                        Case NO. 09-12473

v.

**CITY OF DETROIT**, a Municipal Corporation,
**DETROIT POLICE OFFICER BARBARA SIMON,**
Officially and Individually, **DETROIT POLICE**
**DETECTIVE IRA TODD** Officially and Individually,
**DETROIT POLICE LIEUTENANT HAROLD ROCHON**
Officially and Individually,

          Defendants.

_____/

| | |
|---|---|
| ROBINSON AND ASSOCIATES, P.C. | CITY OF DETROIT LAW DEPARTMENT |
| **David A. Robinson (P 38754)** | **Jane Kent Mills (P38251)** |
| **Racine M. Miller  (P 72612)** | Attorney for Defendants |
| Attorneys for Plaintiffs | 660 Woodward Avenue |
| 28145 Greenfield Road, Suite 100 | Suite 1650 First National Building |
| Southfield, Michigan 48076 | Detroit, Michigan 48226 |
| (248) 423-7234 | (313) 237-5060 |
| attyrobinson@davidrobinsonlaw.com | millj@detroitmi.gov |
| attymiller@davidrobinsonlaw.com | |

_____/

**JOINT STATEMENT OF UNRESOLVED ISSUES**

In accordance with this Court's Order (Doc. 30) dated January 4, 1010, Plaintiff now files

his Joint Statement of Unresolved Issues as it relates to Plaintiff's pending motions.

**Plaintiff's Renewed Motion for Entry of Default and Default Judgment (Dkt. 23)**

Plaintiff's counsel has conferred in good faith with the defense counsel on January 29,

2010, in an effort to narrow the areas of disagreement.

Defendant disputes paragraph 2, whether Defendant IRA TODD was actually personally

served with the Complaint and Jury Demand on June 20, 2009.  (Doc. 20 Return of Service).

Paragraph 4 contains a typographical error, in that Plaintiff's *Notice of Withdrawal* of the original Motion for Entry of Default (Doc. 22) was filed on November 23 (*Plaintiff's Renewed Motion* erroneously indicates that it was the 16), 2009, and it was the *Return of Service* for Ira Todd that was filed with the court on November 16, 2009 (and attached as Exhibit 1 to Plaintiff's original motion for entry of default, Doc. 17).

As to the remaining paragraphs in Plaintiff's Renewed Motion for Entry of Default (Doc. 23) Defense counsel does not dispute the substance, yet takes issue with the fact that events subsequent to the filing of the motion were not addressed, and will not be addressed in this Statement, for the reason that any such issues should have properly been addressed in Defendant's response, which was never filed.

**Plaintiff's Motion to Strike Answer of Ira Todd (Dkt. 26)**.

Plaintiff's counsel has conferred in good faith with the defense counsel on January 29, 2010, in an effort to narrow the areas of disagreement.

Defense counsel does not dispute paragraphs 1-9.

<div style="margin-left: 50%;">

Respectfully submitted,
ROBINSON & ASSOCIATES, P.C.


s/Racine M. Miller
Racine M. Miller  (P 72612)
Attorneys for Plaintiff
28145 Greenfield Rd., Ste. 100
Southfield, MI 48076
(248) 423-7234
attymiller@davidrobinsonlaw.com
(P 72612)

</div>

January 29, 2010

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

DAMON  NATHANIEL,

       Plaintiff,
                                      HON. PATRICK J. DUGGAN
                                      Case NO. 09-12473

v.

CITY OF DETROIT, a Municipal Corporation,
DETROIT POLICE OFFICER BARBARA SIMON,
Officially and Individually, DETROIT POLICE
DETECTIVE IRA TODD  Officially and Individually,
DETROIT POLICE LIEUTENANT HAROLD ROCHON
Officially and Individually,

       Defendants.

_____/

| ROBINSON AND ASSOCIATES, P.C. | CITY OF DETROIT LAW DEPARTMENT |
|---|---|
| **David A. Robinson (P 38754)** | **Jane Kent Mills (P38251)** |
| **Racine M. Miller  (P 72612)** | Attorney for Defendants |
| Attorneys for Plaintiffs | 660 Woodward Avenue |
| 28145 Greenfield Road, Suite 100 | Suite 1650 First National Building |
| Southfield, Michigan 48076 | Detroit, Michigan 48226 |
| (248) 423-7234 | (313) 237-5060 |
| attyrobinson@davidrobinsonlaw.com | millj@detroitmi.gov |
| attymiller@davidrobinsonlaw.com | |

_____/

**CERTIFICATE OF SERVICE**

      I hereby certify that on January 29, 2010, I electronically filed the foregoing paper with the Clerk of the Court using the ECF system which will send notification of such filing to the following: **Jane Kent Mills,** and I hereby certify that I have mailed by United States Postal Service the paper to the following non-ECF participants: **NONE**

                                    s/Racine M. Miller
                                    ROBINSON & ASSOCIATES, P.C.
                                    Racine M. Miller  (P 72612)
                                    Attorneys for Plaintiff
                                    28145 Greenfield Rd., Ste. 100
                                    Southfield, MI 48076
                                    (248) 423-7234
                                    attymiller@davidrobinsonlaw.com
January  29, 2010                                (P 72612)