UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

DAMON NATHANIEL,

          Plaintiff,

                                     HON. PATRICK J. DUGGAN
                                     CASE NO. 09-12473

v.

CITY OF DETROIT, a Municipal Corporation,
DETROIT POLICE OFFICER BARBARA SIMON,
Officially and Individually,
DETROIT POLICE DETECTIVE IRA TODD
Officially and Individually,
DETROIT POLICE LIEUTENANT HAROLD ROCHON
Officially and Individually,

                      Defendants.

                                                     /

| ROBINSON & ASSOCIATES, P.C. | DETROIT LAW DEPARTMENT |
|---|---|
| DAVID A. ROBINSON (P 3874) | JANE KENT-MILLS (P 38251) |
| RACINE M. MILLER (P72612) | Attorney for Defendants Detroit, Simon |
| Attorneys for the Plaintiff | And Rochon |
| 28145 Greenfield Road, Ste. 100 | 660 Woodward Avenue, Ste. 1650 |
| Southfield, Michigan 48076 | Detroit, Michigan 48226 |
| (248) 423-7234 | (313) 224-4550 |
| attyrobinson@robinsonlaw.com | Millj@detroitmi.gov |

### PLAINTIFF'S MOTION TO COMPEL DISCOVERY

Now comes the Plaintiff by and through counsel and complains as follows:

1. Plaintiff served discovery on the defendants on or about March 12, 2010.

[see exhibit 1]

2. Plaintiff's discovery is seeking information relevant to Plaintiff's claims against the

defendants for his wrongful arrest and detention, illegal confession and improper charges brought

by the defendants for a murder he did not commit as determined by DNA analysis which was known to the defendants but who ignored it.

3. Plaintiff has contacted defense counsel to seek her concurrence in this motion as well as to seek if she would volunteer to provide this discovery. Defense counsel has not responded.

4. Defendants are without excuse as more than 30 days have passed without response to plaintiff's outstanding discovery and have likewise not asserted objections to that disccovery..

WHEREFORE plaintiff requests this Honorable Court order the defendants to respond fully within 7 days and order costs and attorney fees.

Respectfully Submitted,

ROBINSON & ASSOCIATES, P.C.

/DAR/_____
**DAVID A. ROBINSON**
Attorneys for Plaintiff
28145 Greenfield, Rd., Ste. 100
Southfield, Michigan 48076
(248) 423-7234
Dated: April 20, 2010          **P38754**

## BRIEF IN SUPPORT OF
## PLAINTIFF'S MOTION TO COMPEL DISCOVERY

Plaintiff relies on the provisions of FRCP 37 in support of her motion to compel discovery in this matter.

WHEREFORE plaintiff requests this Honorable Court order the defendants to respond fully within 7 days and order costs and attorney fees.

Respectfully Submitted,

ROBINSON & ASSOCIATES, P.C.

/DAR/_____
**DAVID A. ROBINSON**
Attorneys for Plaintiff
28145 Greenfield, Rd., Ste. 100
Southfield, Michigan 48076
(248) 423-7234
Dated: April 20, 2010                  **P38754**

### CERTIFICATE OF SERVICE
I hereby certify that on April 20, 2010, I electronically filed the foregoing paper with the Clerk of the Court using the ECF system which will send notification of such filing to the following: Jane Kent Mills.

\_\_
s/David A. Robinson
28145 Greenfield Rd., Ste. 100
Southfield, MI 48076
(248) 423-7234
attyrobinson@davidrobinsonlaw.com
(P38754)