additur have been satisfied, the Court will enter judgment against Defendant Simon in the amount of twenty thousand dollars ($20,000.00).

Accordingly,

**IT IS ORDERED** that Defendants' Motion for Relief from Order Granting Additur and/or New Trial is **DENIED**;

**IT IS FURTHER ORDERED** that Defendants' Motion for Reconsideration is **DENIED**;

**IT IS FURTHER ORDERED** that Plaintiff's Motion for Additur is **GRANTED** in the amount of twenty thousand dollars ($20,000.00);

**IT IS FURTHER ORDERED** that Plaintiff's Motion to Amend Judgment is **GRANTED**, and a revised judgment consistent with this Opinion and Order shall issue.

                                                 s/PATRICK J. DUGGAN
                                                 UNITED STATES DISTRICT JUDGE

Copies to:

David A. Robinson, Esq.
Racine M. Miller, Esq.
Jane Kent Mills, Esq.