✎AO450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT

| EASTERN | DISTRICT OF | MICHIGAN |

DAMON NATHANIEL,
Plaintiff

V.

BARBARA SIMON,
Defendant

AMENDED
**JUDGMENT IN A CIVIL CASE**

Case Number:   09-12473

**X Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☐ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED
that the Plaintiff Damon Nathaniel recover of Defendant Barbara Simon the amount of $20,000 with interest as provided by law and his costs of action.

March 31, 2011
Date

DAVID J. WEAVER
Clerk

(By) Deputy Clerk
s/Marilyn Orem